COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GARY MCGEE, | § | No. 08-19-00125-CR |
| | § | Appeal from the |
| Appellant, | § | 394th District Court |
| v. | § | of Hudspeth County, Texas |
| THE STATE OF TEXAS, | § | (TC# 6070) |
| State. | § | |
| | § | |

# **O R D E R**

The Appellant's brief in the above styled and numbered cause was due October 31, 2019 After the Court granted three motions for extension of time to file the brief. As of the date of this order, no brief or motion for extension of time to file the brief has been filed with this Court.

It is therefore ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal and if Appellant has been deprived of effective assistance of counsel. Further, the trial court shall forward its findings to the District Clerk of Hudspeth County, Texas, on or before November 27, 2019. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and forward the same to this Court on or before December 7, 2019. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before December 7, 2019.

IT IS SO ORDERED this 7th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ